

NUMBER 13-08-00287-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

IN RE CIRO CID ADAMES

---

On Petition for Writ of Mandamus

---

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Vela
Memorandum Opinion Per Curiam[1]

Relator, Ciro Cid Adames, pro se, filed a petition for writ of mandamus in the above cause on May 7, 2008, asking this Court to require the trial court to set a hearing and rule on various motions. The Court requested a response from the real party in interest, the State of Texas, acting by and through the Criminal District Attorney of Hidalgo County, and such response has been received and filed.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown himself entitled to

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

the relief sought, and the petition for writ of mandamus should be denied.  *See* TEX. R.

APP. P. 52.8.  Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered
and filed this 10th day of June, 2008.